**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6644**

JOHN MCCOMBS,

 Petitioner - Appellant,

 v.

STATE OF SOUTH CAROLINA,

 Respondent - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Charleston.  R. Bryan Harwell, Chief District Judge.  (2:19-cv-01086-RBH)

Submitted:  September 17, 2020                       Decided:  October 13, 2020

Before HARRIS and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

John McCombs, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John McCombs seeks to appeal the district court's order denying his motion to amend his 28 U.S.C. § 2241 petition. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(A). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). When the district court denies relief on the merits, a petitioner satisfies this standard by demonstrating that reasonable jurists could find the district court's assessment of the constitutional claims debatable or wrong. *See Buck v. Davis*, 137 S. Ct. 759, 773-74). When the district court denies relief on procedural grounds, the petitioner must demonstrate both that the dispositive procedural ruling is debatable and that the petition states a debatable claim of the denial of a constitutional right. *Gonzalez v. Thaler*, 565 U.S. 134, 140-41 (2012) (citing *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

We have independently reviewed the record and conclude that McCombs has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*